United States District Court
Southern District of Texas

**ENTERED**
January 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| N'EKWUNIFE MUONEKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2212 |
| | § | |
| PRAIRIE VIEW A&M UNIVERSITY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Prairie View A&M's motion for summary judgment, (Docket Entry No. 42), is granted. For the reasons stated in detail on the record during the January 6, 2017 motion hearing, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on January 9, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge